Bill RHEA *v.* Jack HARRIS and RIVER VALLEY
MARINA, INC.

87-113                                   737 S.W.2d 626

Supreme Court of Arkansas
Opinion delivered October 12, 1987

*Brazil, Clawson & Adlong,* by: *William Clay Brazil,* for
appellant.

*Laser, Sharp & Mayes, P.A.,* for appellees.

DARRELL HICKMAN, Justice. This is a suit over a 40 foot
boat. The appellant, Bill Rhea, delivered his boat to the appellees,
Jack Harris and River Valley Marina, Inc., for repairs. Rhea
claimed the boat was worth $70,000 when it was delivered. The
appellees testified the boat was worth $30,000 to $35,000 at the
time it was delivered. After Harris removed the boat from the
water, he discovered more damage to the boat than anticipated,
mainly in the form of rot. Harris began repairing the boat, but the
appellant ordered the repairs stopped before they were com-
pleted. Harris testified that the rot would continue until the
rotting planks were replaced. When Rhea testified the boat was
only worth $3,000, the appellees asked if he would take that for it;
he said yes, and a $3,000 check was delivered and accepted by
Rhea in court. The parties disagreed on what the damage
consisted of and what should have been done. The resulting
lawsuit went before a jury which resolved all disputes in favor of
the appellees in the amount of $2,000.

The only issue on appeal is whether the evidence was
sufficient to support the jury's verdict. Actually, the only question
to resolve is the credibility of the witnesses. Each party offered
proof directly conflicting with that of the other.

On appeal we only look to see if there is substantial evidence to support the verdict, reviewing the evidence in a light most favorable to the appellee. We have done that and readily conclude the verdict should be upheld. *Otis Elevator Co.* v. *Faulkner*, 288 Ark. 344, 705 S.W.2d 428 (1986); *E.I. Dupont de Nemours & Co.* v. *Dillaha*, 280 Ark. 477, 659 S.W.2d 756 (1983).

The judgment is affirmed.

GLAZE, J., not participating.